## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | EDCR12-00068-VAP |
| v. | |
| DeWayne D. Williams | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of ___Defendant_____, IT IS ORDERED that a detention hearing is set for _10/30/12_____, _____, at _3:00_____ ☐a.m. / ☒p.m. before the Honorable _SHERI PYM_____, in Courtroom _4 - 3rd Floor_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

          *(Other custodial officer)*

Dated: _10/29/12_____

                                       **SHERI PYM**

~~U.S. District Judge/~~Magistrate Judge