**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>DeWayne D. Williams,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>EDCR12-0068-VAP<br><br>**ORDER OF TEMPORARY DETENTION**<br>**PENDING HEARING PURSUANT**<br>**TO BAIL REFORM ACT** |
|---|---|

Upon motion of _____Defendant_____, IT IS ORDERED that a detention hearing is set for  11/02/12 _____, _____, at  3:00 _____ ☐a.m. / ☒p.m. before the Honorable SHERI PYM _____, in Courtroom  4-3rd Floor _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: 10/30/12           SHERI PYM           KC
                 U.S. District Judge/Magistrate Judge

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                          Page 1 of 1