JS/D-0

FILED
CLERK, U.S. DISTRICT COURT
NOV -2 2012
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>DeWayne D. Williams<br>　　　　　　Defendant. | Case No.: EDCR12-68VAP<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　　(X)　information in the Pretrial Services Report and Recommendation
　　　(X)　information in the violation petition and report(s)
　　　( )　the defendant's nonobjection to detention at this time
　　　( )　other: _____

1

1 | and/ or
2 | B. ( )   The defendant has not met his/her burden of establishing by clear and
3 | convincing evidence that he/she is not likely to pose a danger to the
4 | safety of any other person or the community if released under 18 U.S.C.
5 | § 3142(b) or (c).  This finding is based on the following:
6 | ( )   information in the Pretrial Services Report and Recommendation
7 | ( )   information in the violation petition and report(s)
8 | ( )   the defendant's nonobjection to detention at this time
9 | ( )   other: _____
10 |
11 | IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 | revocation proceedings.
13 |
14 | Dated: November 2, 2012
15 |                                          SHERI PYM
                                             United States Magistrate Judge